UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WATSON NEWMAN,<br><br>                Plaintiff,<br><br>vs.<br><br>CORNER INVESTMENT COMPANY, LLC etc., *et al*.,<br><br>                Defendant. | 2:10-cv-0550-JCM-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on August 25, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  20th  day of July, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge