# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| NATIONAL GENERAL INSURANCE COMPANY, etc., <br><br> Plaintiff, <br><br> vs. <br><br> JERMAINE PIERCE, *et al.*, <br><br> Defendant. | 2:10-cv-550-JCM-RJJ <br><br> **ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on April 11, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __29th__ day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge