LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
530 South Las Vegas Blvd., Suite 300
Las Vegas, Nevada 89101
(702) 386-0536; FAX (702) 386-6812
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WATSON NEWMAN, | Case No.:   2:10-cv-00550-JCM-GWF |
| Plaintiff, | |
| v. | |
| CORNER INVESTMENT COMPANY, LLC dba BILL'S GAMBLIN' HALL & SALOON and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 501, AFL-CIO, | **ORDER DENYING SUMMARY JUDGMENT** |
| Defendants. | |

Presently before the Court is the case of Newman v. Corner Investment Co., LLC et al, 2:10-cv-00550-JCM-GWF.

Both Defendants Corner Investment Company, LLC and International Union of Operating Engineers Local No. 501, AFL-CIO ("Union") have filed motions for summary judgment. By this Court's Order filed December 9, 2011, Document 83, this Court determined that it would not hear the Union's motion for summary judgment based upon improper filings and/or failure to comply with the CM/ECF filing practices.

On December 14, 2011 Corner Investment Company, LLC's motion for summary judgment came before the Court for a hearing. The Court's review of Corner Investment Company, LLC's motion for summary judgment demonstrates that the deposition testimony and attached exhibits relied upon by Corner Investment Company, LLC have not been authenticated to the standards required by **Orr v. Bank of America**, 285 F.3d 764 (9th Cir. 2002). In the absence of properly authenticated deposition testimony and

1

documents, Corner Investment Company, LLC cannot meet its burden of demonstrating under Rule 56 that there are no genuine issues of material fact.  Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Corner Investment Company, LLC's motion for summary judgment is DENIED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that if the Union desires to re-file its motion for summary judgment, it must first file a motion for rehearing with the Court.

DATED January 4, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

LAW OFFICE OF DANIEL MARKS

_____
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
530 South Las Vegas Blvd., Suite 300
Las Vegas, Nevada 89101
(702) 386-0536; FAX (702) 386-6812
Attorneys for Plaintiff